PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Steven Harold Pieper, Jr**

**Docket No. 0:02CR00056-1(JRT)**

**Petition on Supervised Release**

COMES NOW **John G. Baskfield**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Steven Harold Pieper Jr** who was sentenced on June 10, 2002, by the Honorable John R. Tunheim, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol
Participate in drug/alcohol treatment program
Mandatory drug testing
Financial disclosure
No new credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On October 6 and 29, and November 3, 15, and 22, 2004, Mr. Pieper missed scheduled urine testing. On October 29 and November 3, 2004, Mr. Pieper missed individual counseling appointments at the Resource Recovery Center in Minneapolis, Minnesota. Mr. Pieper was discharged from the Cognitive Skills group at the Resource Recovery Center on November 5, 2004, due to three unexcused absences. On November 15, 2004, Mr. Pieper admitted that he had relapsed using methamphetamine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
DEC 14 2004

ORDER OF THE COURT

Considered and ordered this 13th day of December, 2004, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

Respectfully,

[signature]

John G. Baskfield
U.S. Probation Officer

Place Minneapolis
Date December 7, 2004

c: United States Sentencing Commission