UNITED STATES DISTRICT COURT
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA )
)
v. ) Case No.: CR 02-56 JRT/SRN
) 03-44 MJD/JGL
STEVEN HAROLD PIEPER )

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: STEVEN HAROLD PIEPER
Detained at (custodian): Minnesota Correctional Facility-Faribault

Detainee is: a.) ( X ) charged in this district by:
( ) Indictment ( )Information (X ) Complaint
Charging Detainee With: Supervised Release Violation

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 20, 2005 at 11:00 a.m. in the courtroom of the Honorable Michael J. Davis

Dated: December 15, 2005

WILLIAM H. KOCH, AUSA

**WRIT OF HABEAS CORPUS**

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 15, 2005
Date

United States District/Magistrate Judge

SCANNED
DEC 15 2005
U.S. DISTRICT COURT ST. PAUL

Please provide the following, if known:

A.K.A.(s) (if applicable): ____ Gender: Male
Booking or Fed. Reg.#: 204059 DOB: ____
Facility Address: 1101 Linden Lane Race: Caucasian
Faribault, MN 55021-6400 FBI #: ____
Facility Phone: 507-334-0700
Currently Incarcerated For: ____

FILED DEC 15 2005
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

RETURN OF SERVICE

Executed on ____ by ____ Writ Issued
(Signature)