**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

STEVEN HAROLD PIEPER JR.
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Court Judge

| | |
|---|---|
| Case No: | 02-56 (JRT/SRN) and 03-44 (MJD/JGL) |
| Date: | December 20, 2005 |
| Court Reporter: | Lori Simpson |
| Tape Number: | |
| Time Commenced: | 11:35 |
| Time Concluded: | 11:42 |
| Time in Court: | 7 minutes |

## APPEARANCES:

Plaintiff: Rob Lewis, Assistant U.S. Attorney
Defendant: Manny Atwal FPD

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations.

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.
Defendant is sentenced to: 21 months to run concurrent to case numbers 02-56 and 03-44. This term is to run consecutively to his current sentence in MN case number KX04082072.

s/Debbie Halfman
Deputy Clerk