AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Steven Harold Pieper, Jr.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-56 (1) (JRT/SRN) and 03-44 (1) (MJD/JGL)**
USM Number: **10272-041**
Social Security Number: **8795**
Date of Birth: **1976**

**Manny Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s): **Mandatory Condition and Special Condition** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state or local crimes | December 14, 2004 |
| Special Condition | The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing, inpatient or outpatient treatment, counseling or a support group. | October 2004 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**December 20, 2005**
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

December 20, 2005
Date

DEFENDANT: STEVEN HAROLD PIEPER, JR.
CASE NUMBER: 03-44 (1) (MJD/JGL) and 02-56 (1) (JRT/SRN)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **21 months**. The defendant is sentenced to 21 months as to case number 03-44 (1) (MJD/JGL) to run concurrent to case number 02-56 (1) (JRT/SRN). This term is to serve consecutively to the term he is currently serving with the Minnesota Department of Corrections, case number KX04082072.

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ____________________

at ____________________, with a certified copy of this judgment.

____________________
United States Marshal

By ____________________
Deputy United States Marshal

DEFENDANT: STEVEN HAROLD PIEPER, JR.
CASE NUMBER: 03-44 (1) (MJD/JGL) and 02-56 (1) (JRT/SRN)

## SUPERVISED RELEASE

Defendant's final discharge date will be June 20, 2007. Defendant will be discharged from Supervised Release on that date.