AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-56(1) JRT**

Steven Harold Pieper Jr.

0541-1217-0369-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Steven Harold Pieper, Jr.

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

(By) Jackie Mehl, Deputy Clerk

December 17, 2004 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________

Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

SCANNED
DEC 22 2005
U.S. DISTRICT COURT MPLS

ARRESTED ON 12-16-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA