UNITED STATES DISTRICT COURT
for the District of Minnesota

# NOTICE OF APPEAL

**USCA 8 NO** ____________________________

United States of America,

Plaintiff,

v.

Steven Harold Pieper, Jr.

Defendant.

02-56 JRT/SRN
District Court Docket Number

Honorable John R. Tunheim
U.S. District Court Judge

Notice is given that Steven Harold Pieper, Jr. appeals to the United States Court of Appeals for the Eighth Circuit from the: ☒ Judgment & commitment ☐ Order [specify name of order] entered in this action on December 20, 2005.

*s/Manny K. Atwal*
Signature of Defendant's Counsel

Manvir K. Atwal, ID# 0282029
Typed Name of Defendant's Counsel, Attorney ID No.

300 South Fourth Street, Suite 107
Street Address / Room Number

612-664-5858
Telephone Number

Minneapolis, MN 55415
City, State, Zip

December 29, 2005
Date

---

## TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

X Please Prepare a transcript of:

- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof ____________
- X Sentencing - Final Revocation Hrg.
- ☐ Post Trial Proceedings
- ☐ Other (Specify) ____________

☐ I am not ordering a transcript because

- ☐ Previously filed
- ☐ Other (Specify) ____________

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of Payment: ___ Funds, X Authorization sent to reporter.

Attorney's Signature *s/Manny K. Atwal* Date December 29, 2005

NOTE: Complete All Items on Following Page(s)

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: Reg. No. 10272-041 - Defendant's Address Redacted

2. Date of Verdict: n/a Jury [ ] Non-Jury [ ]

   Offenses: Violation of Supervised Release

   Trial Testimony Number of Days: 0 Bail Status: Detained

3. Date & Sentence Imposed: 12/20/05 - 21 months custody of Bureau of Prisons to run concurrent to case number 03-44 (MJD) and to serve concurrently with current term serving with the Minnesota Department of Corrections, case number KSX04082072

4. Appealing: Sentence [X] Conviction [ ] Both [ ]

   Challenging:
   [ ] Application of Sentencing Guidelines
   [ ] Constitutionality of Guidelines
   [X] Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: December 29, 2005

   Stenographer in Charge: (Name, Address, Phone)
   Lori Simpson (612) 664-5104
   1005 U.S. Courthouse
   300 South Fourth Street
   Minneapolis, MN 55415

6. Trial Counsel Was: ☒ Appointed (no fee required) ☐ Retained (filing fee $105 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal? ☒ Yes ☐ No

   Affidavit of Financial Status filed: N/A

   Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes ☒ No

7. Assistant U.S. Attorney Name and Phone Number: William Koch
   612-664-5600

**Court Reporter Acknowledgment**

| | | |
|---|---|---|
| ______________________ | ______________________ | ______________________ |
| Date Order Received | Estimated Completion Date | Estimated Number of Pages |
| ______________________ | | ______________________ |
| Court Reporter's Signature | | Date |