# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL SHEET

COPY

**Date:** January 9, 2006

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** LP Holden, U.S. District Court - St. Paul, Minnesota

**Appeal Number:**

**District Court Number:** CR 02-56 JRT/SRN Steven Harold Pieper, Jr.

**TRANSMITTED HEREWITH:**

RECEIVED
JAN 11 2006
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Three (3) Designated Clerk's Records

RECEIVED
JAN 10 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

---

**USCA ACKNOWLEDGMENT**

Received

By:

Returned to District Court

Date:

By:

SCANNED
JAN 12 2006
U.S. DISTRICT COURT ST. PAUL

# U.S. DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

vs.

**Steven Harold Pieper, Jr.**

U.S.C.A. #:
District Court #: Criminal 02-56 JRT/SRN

## INDEX


| | | Date Filed | Page Numbers |
|---|---|---|---|
| 1. | INDICTMENT | 2/12/02 | 1 |
| 2. | JUDGMENT | 6/21/02 | 2-6 |
| 3. | PETITION AND ORDER BY JUDGE JOHN R. TUNHEIM RE: VIOLATION OF SUPERVISED RELEASE | 12/17/04 | 7-10 |
| 4. | AMENDED PETITION AND ORDER BY JUDGE JOHN R TUNHEIM RE: VIOLATION OF SUPERVISED RELEASE | 10/20/05 | 11-12 |
| 5. | JUDGMENT ON VIOLATION OF SUPERVISED RELEASE | 12/20/05 | 13-15 |
| 6. | NOTICE OF APPEAL | 12/29/05 | 16-18 |
| 7. | DOCKET SHEET | | 19-22 |


Modified 12/10/02

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## DESIGNATION OF RECORD

United States of America — Appeal No.

vs.

Steven Harold Pieper, Jr. — Criminal No. 02-56 JRT/SRN

Date delivered to U.S.C.A.: 1/9/06

Prepared by: LP Holden