# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 06-1040/1042

| | | |
|---|---|---|
| United States of America, | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States District Court for the District of Minnesota. |
| | * | |
| Steven Harold Pieper, Jr., | * | CR 02-56 JRT/SRN |
| Appellant. | * | CR 03-44 MJD/JGL |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

October 4, 2006

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
OCT 30 2006
U.S. DISTRICT COURT ST. PAUL